IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

MICHAEL ROSAMOND and
DINA ROSAMOND,

     Appellants,

v.

BAYVIEW LOAN SERVICING,
LLC, ET AL.,

     Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-2301

Opinion filed February 5, 2016.

An appeal from the Circuit Court for Duval County.
Aaron K. Bowden, Judge.

James Adam Owens and Mike Jorgensen, Jacksonville, for Appellants.

Daniel S. Mandel and Melisa Manganelli, Boca Raton, for Appellee.


PER CURIAM.

     AFFIRMED.

LEWIS, WETHERELL, and BILBREY, JJ., CONCUR.